IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McDaniel, Nancy Sabrina | Case Number: 04 B 35452 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 9/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: May 9, 2008
Confirmed: November 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 52,789.30 | |
| Secured: | | 40,363.39 |
| Unsecured: | | 5,800.91 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,640.64 |
| Other Funds: | | 1,284.36 |
| Totals: | 52,789.30 | 52,789.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | EMC Mortgage Corporation | Secured | 6,108.96 | 6,108.96 |
| 3. | Fremont Investment & Loan | Secured | 22,143.89 | 22,143.89 |
| 4. | Credit Union One | Secured | 12,110.54 | 12,110.54 |
| 5. | Resurgent Capital Services | Unsecured | 280.02 | 280.02 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 169.50 | 169.50 |
| 7. | Cavalry Portfolio Services | Unsecured | 1,489.78 | 1,489.78 |
| 8. | Richland State Bank | Unsecured | 55.05 | 55.05 |
| 9. | Credit Union One | Unsecured | 0.00 | 0.00 |
| 10. | NEBHELP INC. | Unsecured | 1,902.15 | 1,902.15 |
| 11. | Resurgent Capital Services | Unsecured | 64.73 | 64.73 |
| 12. | Capital One | Unsecured | 59.65 | 59.65 |
| 13. | ECast Settlement Corp | Unsecured | 188.69 | 188.69 |
| 14. | Capital One | Unsecured | 43.13 | 43.13 |
| 15. | Credit Union One | Unsecured | 1,296.22 | 1,296.22 |
| 16. | AT&T Wireless | Unsecured | 145.39 | 145.39 |
| 17. | Merrick Bank | Unsecured | 106.60 | 106.60 |
| 18. | Bluegreen | Secured | | No Claim Filed |
| 19. | Bluegreen | Unsecured | | No Claim Filed |
| 20. | Black Expressions | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| | | | $ 48,864.30 | $ 48,864.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: McDaniel, Nancy Sabrina | Case Number: 04 B 35452 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 9/23/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 471.65 |
| 4% | 158.37 |
| 3% | 138.57 |
| 5.5% | 689.60 |
| 5% | 223.02 |
| 4.8% | 382.86 |
| 5.4% | 576.57 |
| | _____ |
| | $ 2,640.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

